# United States District Court
для the
Southern District of Indiana

|  |  |  |
|---|---|---|
| MACHINE TOOL SERVICES, INC., CITIZENS INSURANCE COMPANY OF AMERICA, AMERICAN STATES INSURANCE COMPANY, INDIANA INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, | ) ) ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) ) | Case No. 2:22-cv-00072-JPH-MG |
| SINCLAIR OIL CORPORATION D/B/A SINCLAIR OIL COMPANIES, A WYOMING CORPORATION, SINCLAIR OIL CORPORATION D/B/A SINCLAIR OIL COMPANIES, A DELAWARE CORPORATION, SINCLAIR OIL & GAS COMPANY, SINCLAIR WYOMING REFINING COMPANY, SINCLAIR REFINING COMPANY, ATLANTIC RICHFIELD COMPANY, A/K/A ARCO, A DELAWARE CORPORATION, BP CORPORATION NORTH AMERICA, INC., BP COMPANY NORTH AMERICA, INC. BP AMERICA, INC., BP PRODUCTS NORTH AMERICA, INC., BP AMERICA PRODUCTION COMPANY, BRITISH PETROLEUM COMPANY, PLC, MARATHON PETROLEUM CORPORATION, A DELAWARE CORPORATION, JOHN DOE CORPORATIONS 1-5, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

> The Court acknowledges the Notice of Dismissal of John Doe Corporation, dkt. 101. The Clerk is DIRECTED to close this case on the docket. JPH, 8/14/2023 Distribution via ECF.

**NOTICE OF DISMISSAL OF JOHN DOE CORPORATION
(REMAINING DEFENDANTS)**

Plaintiffs, Machine Tool Services, Inc., Citizens Insurance Company of America, American States Insurance Company, Indiana Insurance Company, and North River Insurance Company ("Plaintiffs") provide this notice of the dismissal without prejudice of the John Doe Corporation Defendants from this Cause pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of